# LAW OFFICE OF BRIAN

**316 Great Neck Road**
**Great Neck, NY 11021**

www.grebenlegal.com

>  Application granted. The deadline for submission of the parties' *Cheeks* settlement proposal is extended to and including April 11, 2022.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 71.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>            March 10, 2022

March 9, 2022

**VIA ECF**
Hon. Philip M. Halpern
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

          Re:    *Taylor v. R.J.T. Motorists Service Inc. et al.*
                  19 cv 1155 (PMH)

Dear Judge Halpern:

      I represent plaintiffs in the above matter, and am submitting this letter jointly with defendants' counsel to request an extension of the parties' deadline for submitting our *Cheeks* settlement proposal.

      As you know, the parties agreed to a settlement in principle in February. During the parties' status confernce before Your Honor on February 8, we noted that we had agreed upon a settlement but had to work out a few of the details. We have subsequently resolved those details, and have only to finalize the agreement and have it executed by the parties. However, because this matter involves two (2) named plaintiffs and ten (10) opt-in plaintiffs, and because both defendants' counsel and I have been and continue to be exceptionally busy, we require additional time to finalize the documents and obtain all of the plaintiffs' signatures. Accordingly, plaintiffs and defendants are hereby jointly requesting that the deadline for submission of our *Cheeks* settlement proposal be extended from its current deadline of March 10, 2022 to April 11, 2022 (April 9, 2022 is a Saturday).

      This is the first time the parties have requested an extension of the *Cheeks* submission deadline.

      Thank you for your time and consideration.

                                                    Very truly yours,

                                                    /s/ Brian L. Greben

                                                    Brian L. Greben

cc:    Jordan Glass, Esq. (by ECF)