UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANTHONY TAYLOR and EFRAIN SANTIAGO on
behalf of themselves and others similarly situated,

                        Plaintiffs,

-against-                                           CASE NO 19 cv 1155 (PMH )

R J T MOTORIST SERVICE, INC and
RAYMOND TARTAGLIONE,

                        Defendants
-------------------------------------------------------------------X

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs Anthony Taylor and Efrain Santiago (on behalf of themselves and others similarly situated) and Defendants R J T Motorist Service, Inc and Raymond Tartaglione, through their respective undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party

| LAW OFFICES OF BRIAN L GREBEN | JORDAN D GLASS P C |
|---|---|
| *ATTORNEYS FOR PLAINTIFF* | *ATTORNEYS FOR DEFENDANTS* |
| 316 Great Neck Road | 7-11 Legion Drive, Suite M-2 |
| Great Neck, NY 11021 | Valhalla, New York 10595 |
| (516) 304-5357 | (914) 584-2424 |
| By /s/ Brian L. Greben | By [signature] |
| Brian L Greben, Esq | Jordan D Glass, Esq |
| Dated 6/14/2022 | Dated 5-18-2022 |

SO ORDERED.

[signature]

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
June 22, 2022

9